IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KIRSTEN SMITH | ) | |
| | ) | |
| Plaintiff | ) | Cause No.: 1:14-cv-285 |
| | ) | |
| vs. | ) | |
| | ) | |
| JP MORGAN CHASE BANK | ) | |
| | ) | |
| Defendant | ) | |

COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, by counsel, and as her Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Kirsten Smith, was at all relevant times a resident of Marion County in the State of Indiana and a former employee of Defendant.

2. Defendant, JP Morgan Chase Bank, is an employer as defined by 42 U.S.C. § 2000e(b) and conducts business in the State of Indiana.

3. Ms. Smith filed a Charge of Discrimination with the Equal Employment Opportunity Commission on September 5, 2013 alleging, *inter alia*, that Defendant had violated Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 et seq.

5. The Equal Employment Opportunity Commission issued to Plaintiff its right to sue letter dated December 17, 2013.

5.  Ms. Smith invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6.  Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

### GENERAL FACTS & SPECIFIC ALLEGATIONS

7.  Ms. Smith was employed by Defendant as a branch manager from December 15, 2008 until her termination.

8.  Plaintiff suffers from a disability as defined by the Americans with Disabilities Act, specifically Narcolepsy with cataplexy.

9.  Plaintiff notified the Defendant of her condition in 2013 and explained that she was prone to falling asleep at meetings but could perform all of the essential functions of her job with or without reasonable accommodation.

10. Soon thereafter, Plaintiff was informed that she was under investigation for making insensitive statements, which Plaintiff did not make.

11. The Defendant terminated the Plaintiff on May 8, 2013, allegedly for making insensitive statements.

12. Even if Plaintiff had made the statements for which she was accused, nondisabled employees made similar statements and were not subjected to an investigation and were thus treated more favorably.

13. The Defendant's decision to terminate Plaintiff was thus motivated by her disability.

14. As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, for reinstatement, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22713-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, requests that this matter be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS
625 North Madison Avenue – Suite A
Greenwood, Indiana 46142
317-885-0041
317-885-0506 Fax