UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIRSTEN SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:14-CV-285-TWP-TAB |
| JPMORGAN CHASE BANK, N.A., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

THIS IS FINAL ORDER WHICH DISPOSES ALL CLAIMS IN THIS CASE.

**Approved and So Ordered.**

5/7/2015
Date

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution to:
All CM/ECF registered counsel of record.